UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
YESENIA POLONIA, :
:
       Plaintiff, : **REVISED**
: **BRIEFING SCHEDULE**
  - v. - :
: 21 Civ. 0888 (NSR) (AEK)
:
COMMISSIONER OF SOCIAL SECURITY, :
:
       Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY ORDERED that:

1. Defendant's response to plaintiff's motion for judgment on the pleadings shall be filed by February 24, 2022.

2. Plaintiff's reply, if any, is to be filed by March 17, 2022.

SO ORDERED:

_Andrew Krause_
United States Magistrate Judge

Dated: February 3, 2022

The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 18.