UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YESENIA POLONIA,

                Plaintiff,                21 **CIVIL** 888 (NSR) (AEK)

     -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 24, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff he opportunity for a hearing and de novo decision in the case in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Court accepts the parties' stipulation and order of remand. Accordingly, the court further denies Pl.' motion for judgment on the pleadings (ECF No. 14) as moot and this case, is closed.

**Dated:** New York, New York
          February 24, 2022

                                    **RUBY J. KRAJICK**
                                    _____
                                        Clerk of Court
                           BY:
                                          Deputy Clerk